# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | |
| SANDRA JANETH MURILLO, | Case No. 12-10855-RGM |
| | (Chapter 7) |
| Debtor. | |
| STRATEGY US LLC, et al, | |
| Plaintiffs, | |
| vs. | Adv. Proc. No. 12-1117 |
| SANDRA JANETH MURILLO, | |
| Defendant. | |

### ORDER DISMISSING MOTION TO DISMISS
### AND MOTION FOR SUMMARY JUDGMENT

THIS CASE was before the court on July 10, 2012, on the debtor's motion to dismiss and motion for summary judgment (Docket Entry 11). No appearances were made. Upon consideration of which, it is

ORDERED that the motion to dismiss and motion for summary judgment (Docket Entry 11) is dismissed for failure to prosecute.

DONE at Alexandria, Virginia, this 10th day of July, 2012.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Alisa Lachow-Thurston
Robert L. Vaughn
17860