UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SANDRA JANETH MURILLO | ) | Case No. 12-10855-RGM |
| | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| StrategyUS, LLC, | ) | |
| Jatinder Chandok, and | ) | |
| Bhavna Chandok | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adversary Proceeding No. 12-01117-RGM |
| Sandra J. Murillo | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**AGREED ORDER RESOLVING ADVERSARY PROCEEDING**

THIS MATTER came on to be heard upon the Complaint Objecting to Dischargeability filed herein by Plaintiffs, Strategy U.S., LLC, Jatinder Chandok, and Bhavna Chandok, against the Debtor, Sandra J. Murillo; and, the parties having previously agreed to lift the stay in the main case so that the proceedings previously filed by the Plaintiffs herein against the Defendant in the Circuit Court in Arlington County may proceed in the state court, and the parties having further agreed that in resolution of the pending Complaint that in the event the Circuit Court awards damages to any of the Plaintiffs in the state court proceedings that such judgment shall not be dischargeable in these bankruptcy proceedings in accordance with 11 U.S.C. § 523 (a)(6); it is,

ADJUDGED AND ORDERED that to the extent a judgment is awarded to any of the Plaintiffs in the matter pending in the Circuit Court of Arlington County styled *StrategyUS, Jatinder*

*Chandok and Bhavan Chandok, Plaintiffs, v. Sandra Murillo*, Case No. CL11-2504, that such judgment shall not be dischargeable pursuant to 11 U.S.C. § 523 (a)(6).

Date: _____, 2012.

_____
U.S. Bankruptcy Judge Hon. Robert G. Mayer

Entered on Docket: _____

**WE ASK FOR THIS:**

**O'CONNOR & VAUGHN LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
703-689-2100 Telephone
703-471-6496 Facsimile

By   /s/ Robert L. Vaughn, Jr.
   Robert L. Vaughn, Jr., VSB No. 20633
   Counsel for Plaintiffs

**ABOGADOS LAW PLC**
4000 Genesee Place, Suite 113
Woodbridge, Virginia 22191
(703) 868-6300 Telephone
(703) 991-7100 Facsimile

By   /S/ Alisa Lachow-Thurston *[with permission from Alisa Lachow-Thurston email dated 6.20/2012]*
   Alisa Lachow-Thurston VSB No. 65650
   Counsel for Debtor Murillo